IN THE SMALL CLAIMS DEPARTMENT OF
COWLITZ COUNTY DISTRICT COURT

**FILED**

SMALL CLAIM NUMBER: 13 s294

DEC 27 2013

COWLITZ COUNTY DISTRICT COURT

Plaintiff: David T. Gilchrist
Address: 457 21st Ave
City: Longview   State: WA
Zip Code: 98632   Phone: 360-751-1198

Defendant - Registered Agent - Corporation Services, Company: Capital One Services, LLC
Address: 300 Deschutes Way Suit 304
City: Tumwater   State: WA
Zip Code: 98501   Phone: —

**CLAIM**

David T. Gilchrist, Plaintiff, has appeared at the above entitled Court and states that the above named Defendant(s) owes the Plaintiff the sum of $ 5,000 which became due or owing on 12/27/13 (date).

The amount owing is for:
- Auto Damages
- Wages
- Rent Deposit
- Property Damage
- Date of Accident
- Back Rent
- Goods Sold
- Other: state statutory violations & TCPA violations

Plaintiff Signature / Title (if filing on behalf of Partnership, LLC, PLCC, Corporation)

Subscribed and sworn to before me this 27 day of ~~January~~ December, 20 13.

Carolyn Miller
Court Clerk/Notary

State of Washington }
                    } ss:
County of Cowlitz  }

To: Capital One Services, Defendant(s). This claim for $ 5000 has been filed against you. You are required to deny this claim either in person or in writing. Your denial to the claim must be received no later than 4:30 P.M. on 1/27/14.

If your answer is that you do not owe all or part of the money that is claimed, the case will be set for hearing at a later date. **IF YOU FAIL TO APPEAR AND ANSWER THE CLAIM, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM PLUS COURT COSTS.**

The District Court is located on the second floor of the Hall of Justice, 312 SW First, Kelso, WA 98626. Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday except legal holidays.

Issued: 12/27/13   Clerk: Carolyn Miller

White – Court Copy   /   Yellow – Defendant's Copy   /   Pink – Plaintiff's Copy