UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>        Defendant. | No. 3:14-cv-05066<br><br>NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL<br><br>(Removed from the Small Claims Department, Cowlitz County District Court Case No. 13 S 294) |

TO:      Plaintiff, David T. Gilchrist:

**YOU ARE HEREBY NOTIFIED** that on January 23, 2014, defendant Capital One Service, LLC ("Capital One") filed in the United States District Court for the Western District of Washington at Tacoma a Notice of Removal in the action above. Defendant has removed the lawsuit filed in the Small Claims Department of Cowlitz County District Court, Case No. 13 S 294 along with the record of that District Court. Attached hereto is a copy of Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and

NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL – 1

Case No. 3:14-cv-05066
m46886-2107577.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 • (206) 340-9599 Fax

1446; Notice to the Small Claims Department, Cowlitz County District Court of Notice of Removal; and Declaration of Steven A. Miller, with exhibits.

DATED this 23rd day of January, 2014.

                              GRAHAM & DUNN PC

By: *s/ Steven A. Miller*
Steven A. Miller, WSBA # 30388
Email: smiller@grahamdunn.com

Attorneys for Defendant Capital One Services, LLC
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL – 2

Case No. 3:14-cv-05066

m46886-2107577.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington 98121-1128
(206) 624-8300 • (206) 340-9599 Fax

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL on the following individual in the manner indicated:

David T. Gilchrist
457 21st Avenue
Longview, WA 98632

(X) Via U.S. Certified & First Class Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(  ) Via ECF

**SIGNED** this 23rd  day of January, 2014, at Seattle, Washington.

                        *s/ Valerie K. Losey*
                       Valerie K. Losey, Legal Assistant

NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL – 3

Case No. 3:14-cv-05066
m46886-2107577.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 • (206) 340-9599 Fax