UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST,<br><br>             Plaintiff,<br><br>       vs.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>             Defendant. | No. 3:14-cv-05066-RBL<br><br>DEFENDANT CAPITAL ONE SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant Capital One Services, LLC ("Capital One"), by and through its undersigned counsel, answers Plaintiff's Verified Complaint for Relief (the "Complaint") as follows.

Except as expressly admitted or qualified hereafter, Capital One denies each and every allegation of the Complaint.

**Answer to Plaintiff's Claim**

Capital One denies that it owes Plaintiff $5,000. Capital One further denies that it violated Washington State law, either statutes or common law, and denies that it violated the Telephone Consumer Protection Act ("TCPA").

DEFENDANT CAPITAL ONE SERVICES, LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT – 1

Case No. 3:14-cv-05066-RBL
m46886-2107617.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 • (206) 340-9599 Fax

**Affirmative Defenses**

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff failed to mitigate his damages, if any.

3. Plaintiff's claims are barred, in whole or in part, by any amount owing from Plaintiff to Capital One Bank (USA), N.A.

4. Plaintiff's claims are barred, in whole or in part, by the terms and conditions of his customer agreement with Capital One and Capital One Bank (USA), N.A.

5. Plaintiff's claims are barred, in whole or in part, by his prior express consent.

6. Plaintiff's claims are barred, in whole or in part, due to his established business relationship with Capital One.

7. If any violation of law occurred, which Capital One denies, the violation was unintentional and resulted from a bona fide error notwithstanding Capital One's maintenance of procedures reasonably adopted to avoid the error.

8. Capital One expressly reserves the right to assert other affirmative defenses as this action proceeds.

**Wherefore,** Capital One respectfully requests that the Court:

a. Dismiss all of Plaintiffs' claims against Capital One with prejudice and on the merits;

b. Award Capital One all costs, disbursements, and reasonable attorney fees allowed by law; and

c. Grant Capital One any such further relief to which it may be entitled.

//

//

//

DEFENDANT CAPITAL ONE SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT – 2

Case No. 3:14-cv-05066-RBL
m46886-2107617.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington 98121-1128
(206) 624-8300 • (206) 340-9599 Fax

1 | DATED this 28th day of January, 2014.

GRAHAM & DUNN PC

By: _____*s/ Steven A. Miller*_____
Steven A. Miller, WSBA # 30388
Email: smiller@grahamdunn.com

Attorneys for Defendant Capital One Services, LLC
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

---

DEFENDANT CAPITAL ONE SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT – 3

Case No. 3:14-cv-05066-RBL
m46886-2107617.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 • (206) 340-9599 Fax

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT CAPITAL ONE SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT on the following individual in the manner indicated:

David T. Gilchrist
457 21st Avenue
Longview, WA 98632


(X) Via U.S First Class Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(  ) Via ECF

**SIGNED** this 28th day of January, 2014, at Seattle, Washington.

          *s/ Valerie K. Losey*
          Valerie K. Losey, Legal Assistant

DEFENDANT CAPITAL ONE SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT – 4

Case No. 3:14-cv-05066-RBL
dms.us-53522252.01
m16888-2107647.docx

**GRAHAM & DUNN PC**
Pier 70 • 2801 Alaskan Way • Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 • (206) 340-9599 Fax