The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST, | No. 3:14-cv-05066-RJB |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| CAPITAL ONE SERVICES, LLC, | |
| Defendant | |

## I. STIPULATION

The above-captioned parties hereby stipulate and agree that this matter has been fully compromised and settled and that this action and all claims asserted herein should be dismissed with prejudice to any party hereto.

RESPECTFULLY SUBMITTED AND DATED this 17th day of March, 2014.

GRAHAM & DUNN

By  *s/ Steven A. Miller*
Steven A. Miller, WSBA #30388
Email: smiller@grahamdunn.com
Attorneys for Capital One Services, LLC

By s /_____
David T. Gilchrist, Plaintiff

STIPULATION AND ORDER OF
DISMISSAL -- 1

No. 3:14-cv-05066-RJB

m46886-2130641.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

## II. ORDER

Based on the above Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and all claims asserted herein are dismissed with prejudice.

DONE IN OPEN COURT this 18th day of March, 2014.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented By:                                         Approved as to form;
                                                     Notice of Presentation Waived
GRAHAM & DUNN


By s/_____              By s /_____
  Steven A. Miller, WSBA #30388               David T. Gilchrist
  Email: smiller@grahamdunn.com
  Attorneys for Capital One Services, LLC

STIPULATION AND ORDER OF            **GRAHAM & DUNN** PC
DISMISSAL -- 2                       Pier 70, 2801 Alaskan Way ~ Suite 300
                                     Seattle, Washington  98121-1128
                                     (206) 624-8300/Fax: (206) 340-9599

No. 3:14-cv-05066-RJB

m46886-2130641.docx